UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| BEE CREEK PHOTOGRAPHY, | |
| Plaintiff, | Docket No. 1:19-cv-1194 |
| - against - | JURY TRIAL DEMANDED |
| RECRUITABILITY, LLC | |
| Defendant. | |

## COMPLAINT

Plaintiff Bee Creek Photography ("Bee Creek" or "Plaintiff") by and through their

undersigned counsel, as and for their Complaint against Defendant Recruitability, LLC

("Recruitability" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.       This is an action for copyright infringement under Section 501 of the Copyright

Act. This action arises out of Defendant's unauthorized reproduction and public display of a

copyrighted aerial panoramic photograph of the Austin Texas skyline, Texas, owned and

registered by Bee Creek, a commercial photography studio. Accordingly, Bee Creek seeks

monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101

*et seq*.

## JURISDICTION AND VENUE

2.       This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court

has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.       This Court has personal jurisdiction over Defendant because Defendant resides in

and/or transacts business in Texas.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Bee Creek is a commercial photography studio specializing in high quality image and prints for editorial, architectural and commercial usage having a usual place of business at 21003 West Lakeshore Drive, Spicewood, TX 78669.

6.      Upon information and belief, Recruitability is a domestic limited liability company duly organized and existing under the laws of the State of Texas, with a place of business 305 E. Highland Mall Blvd. Suite 305, Austin, Texas 78752. Upon information and belief Recruitability is registered with the Texas Department of State Division of Corporations to do business in the State of Texas. At all times material, hereto, Recruitability has owned and operated a website at the URL: www.TheRecruitability.com (the "Website").

## STATEMENT OF FACTS

### A.      Background and Plaintiff's Ownership of the Photograph

7.      Bee Creek photographed the Austin Texas skyline (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Bee Creek is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with the United States Copyright Office and was given registration number VAu001259726.

### B.      Defendant's Infringing Activities

10.      Recruitability ran the Photograph on a video on their Website. See URL: https://www.therecruitability.com/. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11.     Recruitability did not license the Photograph from Plaintiff for its Website, nor did Recruitability have Plaintiff's permission or consent to publish the Photograph on its Website.

**<u>CLAIM FOR RELIEF</u>**
**<u>(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)</u>**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Recruitability infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Recruitability is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18.     Plaintiff further is entitled to his attorney's fees and full costs pursuant to

17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Recruitability be adjudged to have infringed upon Plaintiff's

copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's

profits, gains or advantages of any kind attributable to Defendant's infringement

of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000

per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.     That Defendant be required to account for all profits, income, receipts, or other

benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17

U.S.C. § 505;

5.     That Plaintiff be awarded pre-judgment interest; and

6.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated: Valley Stream, New York
       December 7, 2019

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/Richard Liebowitz
                                        Richard P. Liebowitz, Esq.
                                        11 Sunrise Plaza, Suite 305

Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Bee Creek Photography*