IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BEE CREEK PHOTOGRAPHY,<br>PLAINTIFF, | § § § § | |
| V. | § § | CAUSE NO. 1:19-CV-1194-LY |
| RECRUITABILITY, LLC,<br>DEFENDANT. | § § § | |

### ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On January 7, 2021, the parties filed a Stipulation of Dismissal of Civil Action with Prejudice (FRCP 41(a)(1)(A)(ii)) (Doc. #17). Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _8th_ day of February, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE